UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ZANQARA, INC., a Canadian corporation,<br><br>*Plaintiff*,<br><br>*v.*<br><br>JEFF FRANCO, an individual residing in Blaine, Washington,<br><br>*Defendant*. | Case No.<br><br>CLASS ACTION COMPLAINT<br><br>JURY DEMAND |

**COMPLAINT AND DEMAND FOR JURY TRIAL**

Petitioner, Zanqara, Inc., ("Plaintiff" and "Zanqara") hereby complains of Defendant, Jeff Franco ("Defendant" or "Franco") and alleges as follows:

**NATURE OF ACTION**

1. This is an action for damages, disgorgement of profits, and injunctive relief under the Lanham Act and related state laws for trademark infringement, counterfeit trademark infringement, unfair competition, false designation of origin, and cybersquatting.

2. Plaintiff is and has been in the business of the manufacture, marketing, and sale of a wide variety of skin and beauty products including body lotions, body scrubs, body wash, facial



**CARSON NOEL PLLC**
20 Sixth Avenue NE
Issaquah, Washington 98027
Tel. (425) 395-7786 Fax (425) 837-5396

lotion, hair shampoo, skin cleansers, skin creams, and skin toners, for at least thirty-five (35) years under the name BLEMEX.

3. Defendant is also in the business of skin and beauty products in the form of scar gels. Defendant sells the scar gels under the name BLEMEX. Defendant has registered the domain name blemex.com and maintains websites at https://blemex.com, which sells a Blemex branded scar gel and https://blemex.ca, which advertises skin products.

4. Zanqara and Franco are competitors. Plaintiff's trademark rights in its BLEMEX mark predate and are senior to Defendant's first use of or rights (if any) in the BLEMEX mark. On information and belief, Defendant Franco knew or should have known of Zanqara's prior use of its BLEMEX mark and has been willfully infringing Zanqara's trademark rights in bad faith.

5. Defendant's use of Plaintiff's BLEMEX mark and the Blemex.com and Blemex.ca domain names to market and sell skin and beauty products injures Plaintiff Zanqara and creates a likelihood of confusion among consumers regarding BLEMEX and Franco and the source of his goods. Defendant's infringing conduct damages Zanqara and is causing and will continue to cause irreparable harm to Zanqara unless enjoined.

6. Plaintiff Zanqara seeks liability and injunctive relief against Defendant Franco as alleged herein.

## PARTIES

7. Plaintiff, Zanqara, Inc. ("Zanqara" or "Plaintiff") is a corporation with a principal place of business located at 9794 6&7 Sideroad Nottawasaga, Creemore, Ontario, CANADA L0M1G0. Zanqara is the owner of the intellectual property at issue herein and has the rights to enforce the same.

8. Jeff Franco ("Franco" or "Defendant") is an individual residing in Blaine,



**CARSON NOEL PLLC**
20 Sixth Avenue NE
Issaquah, Washington 98027
Tel. (425) 395-7786 Fax (425) 837-5396

Washington.

## JURISDICTION AND VENUE

9. This is an action under the Lanham Act, 15 U.S.C § 1051 et seq., and for related state law causes of action.

10. This Court has original jurisdiction over the federal trademark, unfair competition, and false designation of origin claims pursuant to 15 U.S.C. § 1121 and 28 U.S.C. §§ 1331, 1338. This Court has supplemental jurisdiction over the common law and state law claims alleged herein pursuant to 28 U.S.C. § 1367, because they are so related to the federal causes of action that they form part of the same case or controversy.

11. Defendant is subject to the personal jurisdiction in this judicial district, because Defendant is headquartered in this judicial district and has committed acts of trademark infringement and related wrongful conduct, including selling and offering for sale infringing products, within this judicial district.

12. Venue is proper in this judicial district under 28 U.S.C. § 1391(b)-(c) because Defendant is subject to personal jurisdiction in this judicial district and a substantial part of the events giving rise to the claims occurred in this judicial district.

## GENERAL ALLEGATIONS

13. Plaintiff Zanqara is and has been in the business of the manufacture, marketing, and sale of a wide variety of skin and beauty products including body lotions, body scrubs, body wash, facial lotion, hair shampoo, skin cleansers, skin creams, and skin toners, for at least thirty-five (35) years under the name BLEMEX. Zanqara owns and operates the website, https://zanqara.com/ ("Plaintiff's Website"), and uses this web address to sell the provided products using the BLEMEX mark since at least February of 2018.



**CARSON NOEL PLLC**
20 Sixth Avenue NE
Issaquah, Washington 98027
Tel. (425) 395-7786 Fax (425) 837-5396

14. Zanqara has been using the mark BLEMEX in U.S. Commerce in connection with skin and beauty products and has applied for a U.S. trademark registration for BLEMEX. Zanqara is the owner and Applicant of U.S. Application No. 98839195 for BLEMEX, filed November 6, 2024, in connection with Body lotion; Body scrub; Body wash; Facial lotion; Hair shampoo; Skin cleansers; Skin creams; Skin toners in International Class 003 ("Plaintiff's Application"). This Application is currently pending. Attached hereto as Exhibit A is a true and correct printout of Plaintiff's pending trademark application.

15. Defendant is also in the business of selling skin and beauty products that it markets and sells through the website https://blemex.com ("Defendant's Website"), as can be seen from the below screenshot from Defendant's website.






CARSON NOEL PLLC
20 Sixth Avenue NE
Issaquah, Washington 98027
Tel. (425) 395-7786 Fax (425) 837-5396

16. Defendant filed a U.S. trademark application to register the mark BLEMEX, which issued as U.S. Trademark Registration No. 5675986 for the mark BLEMEX for "Silicone gel sheeting for the treatment of scars" in International Class 010 (the "Infringing Registration"). Defendant's Infringing Registration has a date of claimed first use of October 3, 2004 and a date of first use in commerce of August 3, 2008. Attached hereto as Exhibit B is a true and correct printout of Defendant's Infringing Registration. Defendant's Websites does not sell "silicone gel sheeting for the treatment of scars," as listed in Defendant's Infringing Registration. Based on a reasonable search for products sold by Defendant under the mark BLEMEX, it is believed that Defendant is not selling or offering for sale any of the products identified in the Infringing Registration in connection with the BLEMEX mark.

17. In an Office Action dated May 8, 2025 (the "Office Action"), which is attached hereto as Exhibit C, the USPTO cited the Infringing Registration against Plaintiff Zanqara's application, asserting the position that the registration of the BLEMEX mark is likely to cause confusion with the Registrant's BLEMEX mark, thereby interfering with Plaintiff's application to register its BLEMEX mark and causing harm to Plaintiff. Plaintiff, therefore, has a real interest in seeking cancellation of the Infringing Registration and the entitlement to bring this action.

18. On August 6, 2025, Plaintiff filed an Application for Extension of Time for Response to Office Action. On September 2, 2025, Defendant filed a petition for cancellation of U.S. Trademark Registration No. 5675986 of Defendant for the mark BLEMEX, which has been instituted as Cancellation No. 92089374, Tracking no.: ESTTA1467537. Attached hereto as Exhibit D is a copy of the Petition for Cancellation filed by Plaintiff. Defendant filed an Answer on October 6, 2025, which is attached hereto as Exhibit E. Plaintiff requested suspension of Plaintiff's Application on December 1, 2025.



**CARSON NOEL PLLC**
20 Sixth Avenue NE
Issaquah, Washington 98027
Tel. (425) 395-7786 Fax (425) 837-5396

19. Plaintiff sent a cease and desist letter on May 12, 2025 to Defendant. See Exhibits F and G. Defendant purchased blemex.ca on May 15, 2026 after receiving the cease and desist letter and launched a website that focuses on skin care, which infringes on Plaintiff's registered trademark in Canada. See Exhibits H, I and J.

20. Zanqara has been providing skin and beauty care products using one or more of its BLEMEX mark in commerce since at least June 1990 – more than 35 years – and has developed a longstanding stellar reputation for premium-quality products. Zanqara has continuously used its BLEMEX mark in commerce since the inception of its use of the mark through present day.

21. Zanqara has spent substantial amounts of time, money, and resources developing the goodwill associated with its high-quality skin and beauty products and the BLEMEX mark. Consumers have come to recognize the BLEXEX mark as representing the high quality skin and beauty products of Plaintiff. Plaintiff has substantial goodwill associated with its BLEMEX mark and associated business, including the associated goods.

22. Plaintiff's BLEMEX is distinctive and acts as a source identifier for the products offered and sold by Zanqara. The BLEMEX mark is inherently distinctive and is recognized by the consuming public as a source identifier for Plaintiff's skin and beauty products, due to its long standing and widespread use by Plaintiff in the marketplace.

23. Over the years, Zanqara has spent substantial amounts of time, money, and resources marketing and advertising its products, including through online marketing such as search engine optimization ("SEO") and search engine marketing ("SEM") and through its website at https://zanqara.com.

24. Because of Zanqara's extensive and successful marketing efforts, Zanqara has had nearly continuous first-page and top-of-first-page visibility in online search results for many of its



**CARSON NOEL PLLC**
20 Sixth Avenue NE
Issaquah, Washington 98027
Tel. (425) 395-7786 Fax (425) 837-5396

skin and beauty products in connection with its BLEMEX mark for most of the past thirty-five (35) years.

25. Zanqara offers and sells its skin and beauty products throughout the United States in connection with its BLEMEX mark.

26. Zanqara owns common law trademark rights in the US for its BLEMEX trademark.

27. Zanqara's rights in its BLEMEX mark are senior and superior to any rights that Defendant has in any similar marks used by Defendant, including the BLEMEX mark.

**DEFENDANT'S INFRINGING CONDUCT**

28. Defendant Franco is a competitor of Plaintiff Zanqara. And, like Plaintiff, Defendant Franco is also in the business of providing skin and beauty products, and sells a scar gel under the mark BLEMEX.

29. Defendant's "Silicone gel sheeting for the treatment of scars," as listed in Defendant's Infringing Registration for the mark BLEMEX, infringes Plaintiff's skin and beauty products as evidenced by the Office Action where the US Trademark Office declared that there is a likelihood of confusion between Defendant's Infringing Registration for the mark BLEMEX and Plaintiff's trademark application for the mark BLEMEX.

30. Defendant 's BLEMEX mark is the same as, identical with, and or substantially indistinguishable from Plaintiff's BLEMEX mark, is a counterfeit and spurious mark, and used by Defendant in commerce without the consent of Plaintiff. Defendant's BLEMEX mark is a colorable imitation of Plaintiff's BLEMEX mark. Defendant's BLEMEX mark is confusingly similar to Plaintiff's BLEMEX mark.

31. Defendant applies the BLEMEX mark to its website and advertising used in commerce for the offering and sale of products that are the same as, identical to, and/or substantially



**CARSON NOEL PLLC**
20 Sixth Avenue NE
Issaquah, Washington 98027
Tel. (425) 395-7786 Fax (425) 837-5396

related to the products of Plaintiff.

32. Defendant has been offering and selling its products under the BLEMEX mark without Plaintiff's authorization or consent and therefore they have a quality not approved of by Plaintiff.

33. Defendant's use of the BLEMEX mark creates a likelihood of confusion with Plaintiff's products, Plaintiff's websites, and Plaintiff's BLEMEX mark such that consumers are likely to confuse them, and such use of the BLEMEX mark is likely to cause confusion, mistake, or deception among the consuming public.

34. Defendant's registration, renewal, and use of the Blemex.com and Blemex.ca domain names creates a likelihood of confusion with Plaintiff, Plaintiff's products, Plaintiff's website, and Plaintiff's BLEMEX mark such that consumers are likely to confuse them, and such registration, renewal, and use is likely to cause confusion, mistake, or deception among the consuming public.

35. Because of Plaintiff Zanqara's presence in the relevant market and online over the years, including through its extensive marketing, SEM, and strong SEO rankings, Zanqara is well known in the industry and among consumers. Any user of any marks containing the term "BLEMEX" would likely have found Plaintiff and its BLEMEX mark in online searches and/or trademark clearing searches and would be aware of Zanqara and its trademarks.

36. Anyone seeking to register any domain names containing the term "BLEMEX" (e.g., Blemex.com and Blemex.ca) would also have likely found Plaintiff and its various websites and domain names containing "BLEMEX", including Plaintiff's zanqara.com domain name and would be aware of Zanqara and its trademarks.

37. On information and belief, Defendant Franco was aware and knew and/or should have known of Plaintiff's prior use of the BLEMEX mark and its related domain names prior to and at the



**CARSON NOEL PLLC**
20 Sixth Avenue NE
Issaquah, Washington 98027
Tel. (425) 395-7786 Fax (425) 837-5396

time Defendant began using the BLEMEX mark.

38. On information and belief, Defendant Franco was aware and knew and/or should have known of Plaintiff's prior use of the BLEMEX mark and its related domain names prior to and at the time Defendant registered the Blemex.com and the Blemex.ca domain names.

39. On information and belief, Defendant Franco was aware and knew and/or should have known of Plaintiff's prior use of the BLEMEX mark and its related domain names prior to and at the time Defendant renewed its registration of the Blemex.com and Blemex.ca domain names.

40. On information and belief, Defendant registered the Blemex.com and Blemex.ca domain names with the intent to divert consumers from Zanqara for Defendant's financial benefit by creating a likelihood of confusion as to the source, sponsorship, affiliation, or endorsement of Defendant's website, which harms Zanqara and the goodwill represented by the BLEMEX mark.

41. Defendant's use of the BLEMEX mark and the Blemex.com and Blemex.ca domain names trade off of Plaintiff's goodwill and injures Plaintiff, its goodwill, and its BLEMEX mark and is likely to cause a reduction in the distinctiveness of Plaintiff Zanqara's trademarks, tarnish the goodwill associated with Zanqara's trademarks, and is otherwise dilutive of the BLEMEX mark.

42. Upon learning of Defendant's infringing conduct, Plaintiff sent Defendant a cease-and-desist letter demanding that Defendant stop its infringing conduct and infringing use of the BLEMEX mark.

43. Despite Plaintiff's demands for Defendant to cease and desist from Defendant's infringing conduct, Defendant continues to violate Plaintiff's trademark rights by continuing to use the BLEMEX mark, the Blemex.com domain name, and the Blemex.ca domain name and associated websites to offer and sell products that are identical and or substantially similar to the products of Plaintiff Zanqara.



CARSON NOEL PLLC
20 Sixth Avenue NE
Issaquah, Washington 98027
Tel. (425) 395-7786 Fax (425) 837-5396

44. Defendant Franco is aware of the goodwill, reputation, and value represented and symbolized by the BLEMEX mark.

45. On information and belief, Defendant had and has a bad faith intent to profit from Plaintiff's BLEMEX mark, including at the times Defendant registered and or renewed its registration of the blemex.com domain name and registered its Blemex.ca domain name.

46. Defendant's conduct alleged hereunder was and is willful and intentional, which makes this case an exceptional case, entitling Zanqara to an award of attorney fees and costs under the Lanham Act.

47. Defendant's actions have caused and, unless enjoined by the Court, will continue to cause irreparable damage, loss, and injury to Plaintiff for which Plaintiff has no adequate remedy at law.

48. Zanqara is entitled to preliminary and permanent injunctive relief against Defendant's use, display, and or sale of products and services under the BLEMEX mark or under any marks confusingly similar to Zanqara's trademarks.

49. Zanqara is entitled to preliminary and permanent injunctive relief against Defendant's use of the blemex.com and blemex.ca domain names.

50. Zanqara is entitled to a presumption of irreparable harm pursuant to 15 U.S.C. § 1116(a) in connection with the injunctive relief sought herein.

51. Zanqara is entitled to an Order to have the blemex.com and the blemex.ca domain names transferred from Defendant to Plaintiff.

52. Defendant's wrongful conduct has caused and continues to cause Plaintiff substantial harm, including, without limitation, lost profits, damages to Plaintiff's goodwill and reputation, costs of this action, and reasonable attorney fees.



**CARSON NOEL PLLC**
20 Sixth Avenue NE
Issaquah, Washington 98027
Tel. (425) 395-7786 Fax (425) 837-5396

53. Zanqara is entitled to all of Defendant's profits from Defendant's sales under the BLEMEX mark and for any sales under any other confusingly similar marks.

54. Zanqara is also entitled to recover from Defendant all damages suffered by Zanqara from Defendant's wrongful use and display of the BLEMEX mark and of the blemex.com and blemex.ca domain names, including for sales of any products or services in connection therewith.

55. Zanqara is also entitled to an award of statutory damages against Defendant Franco.

56. Defendant's actions were done knowingly and in bad faith so as to justify judgment against Defendant in an amount equal to three times Defendant's profits and Zanqara's damages, plus reasonable attorneys' fees.

## FIRST CLAIM FOR RELIEF

(TRADEMARK INFRINGEMENT, FALSE DESIGNATION OF ORIGIN, AND UNFAIR COMPETITION, LANHAM ACT, 15 U.S.C. § 1125(a))

57. Zanqara incorporates and realleges herein the allegations contained in paragraphs 1-55 of this Complaint, as if the same were fully set forth herein.

58. Plaintiff has been using the BLEMEX mark, in commerce for many years in connection with the offering and sale of skin and beauty products and owns the trademark rights therein. Plaintiff's BLEMEX mark is distinctive.

59. Franco uses Plaintiff's BLEMEX mark, the Blemex.com domain name and website, and the Blemex.ca domain name and website in connection with skin and beauty products in a manner that is likely to cause confusion, or to cause mistake, or to deceive as to the affiliation, connection, or association of Franco with Zanqara, or as to the origin, sponsorship, or approval of Franco's goods, services, or commercial activities by Zanqara.

60. Defendant's BLEMEX mark, Blemex.com domain name, and Blemex.ca domain



**CARSON NOEL PLLC**
20 Sixth Avenue NE
Issaquah, Washington 98027
Tel. (425) 395-7786 Fax (425) 837-5396

name and associated websites are the same or substantially similar to Plaintiff's BLEMEX mark.

61. Defendant's BLEMEX mark, Blemex.com domain name, and Blemex.ca domain name are confusingly similar to Plaintiff's BLEMEX mark and used with the same or substantially related goods as those sold and offered for sale by Plaintiff in connection with Plaintiff's BLEMEX trademark.

62. Plaintiff's first use of and trademark rights in its BLEMEX mark predate and are senior to Defendant's first use of the BLEMEX mark.

63. Plaintiff's first use of and trademark rights in its BLEMEX mark predate and are senior to Defendant's first registration of and use of the Blemex.com and Blemex.ca domain names.

64. Defendant's conduct alleged herein constitutes trademark infringement, false designation of origin, and unfair competition under 15 U.S.C. § 1125(a).

65. Defendant's unlawful activities reflect adversely on Zanqara because Zanqara has no ability to control the quality of Defendant's services or products.

66. On information and belief, Defendant's acts are being committed with the purpose and intent of misappropriating and trading upon the goodwill and reputation associated with Zanqara and its trademarks.

67. Defendant's infringement of the BLEMEX mark will irreparably harm Plaintiff and its trademarks, including because of the resulting confusion among consumers and because it is likely to cause a reduction in the distinctiveness of Zanqara's trademarks, will tarnish the goodwill associated with Zanqara's trademarks, and is dilutive of the BLEMEX mark. Defendant's actions, unless enjoined by this Court, will continue to cause irreparable damage, loss and injury to Plaintiff and its trademarks for which Plaintiff has no adequate remedy at law.

68. Zanqara is entitled to preliminary and permanent injunctive relief against Defendant's



**CARSON NOEL PLLC**
20 Sixth Avenue NE
Issaquah, Washington 98027
Tel. (425) 395-7786 Fax (425) 837-5396

use of the BLEMEX mark and of the blemex.com and blemex.ca domain names and websites.

69. Zanqara is entitled to a presumption of irreparable harm pursuant to 15 U.S.C. § 1116(a) in connection with the injunctive relief sought herein.

70. Defendant's actions have caused Zanqara to sustain monetary losses, and other damages and injury, in an amount to be determined at the time of trial.

71. Zanqara is entitled to recover (1) Defendant's profits, (2) any damages sustained by Zanqara, and (3) the costs of this action, including all profits Defendant has derived from, and damages Zanqara suffered from, Defendant's use of the BLEMEX mark and or of the blemex.com and blemex.ca domain names and websites, including for sales of any products or services in connection therewith.

72. Zanqara is entitled to a full accounting in respect to all gains, profits and advantages derived by Defendant through their use of the BLEMEX mark and or the blemex.com and blemex.ca domain names and websites.

73. On information and belief, Defendant's actions were done knowingly and in bad faith so as to justify judgment against Defendant in an amount equal to three times Defendant's profits and Zanqara's damages.

74. This is an exceptional case and therefore Zanqara is entitled to its reasonable attorneys' fees and costs. Zanqara is entitled to an order which requires Defendant to place corrective advertising in each advertising venue where Defendant has used the BLEMEX mark.

## SECOND CLAIM FOR RELIEF

(CYBERSQUATTING, LANHAM ACT, 15 U.S.C. § 1125(d))

75. Zanqara realleges and incorporates herein the allegations contained in paragraphs 1-55 of this Complaint, as if the same were fully set forth herein.



**CARSON NOEL PLLC**
20 Sixth Avenue NE
Issaquah, Washington 98027
Tel. (425) 395-7786 Fax (425) 837-5396

76. Zanqara's registered BLEMEX trademark is distinctive and was distinctive prior to the date Defendant registered the domain names blemex.com and blemex.ca.

77. On information and belief, Defendant was aware of Plaintiff's BLEMEX mark and Plaintiff's use of the domain name zanqara.com prior to and at the time Defendant registered the domain names blemex.com and blemex.ca and or prior to and at the time Defendant renewed its registration of the domain name blemex.com.

78. Plaintiff's first use of and trademark rights in its BLEMEX mark predate and are senior to Defendant's first registration of the blemex.com and blemex.ca domain names or any use of any confusingly similar marks by Defendant.

79. On information and belief, Defendant registered and or renewed, and is using, the blemex.com and blemex.ca domain names in bad faith.

80. On information and belief, Defendant's actions were, and continue to be, done with the bad faith intent to profit from blemex.com and blemex.ca by trading off the goodwill of Zanqara's trademarks.

81. Defendant' registration and use of the blemex.com and blemex.ca domain names creates a likelihood of confusion between Defendant and Zanqara and is likely to confuse consumers and potential consumers regarding the source, origin, affiliation, sponsorship, or endorsement of Defendant and Defendant's products, and services.

82. The domain names blemex.com and blemex.ca are confusingly similar to Zanqara's registered trademarks as well as trade names by which Zanqara is commonly known.

83. Defendant' actions constitute cybersquatting and a violation of the Anticybersquatting Consumer Protection Act, 15 U.S.C. § 1125(d).

84. On information and belief, Defendant's registration of blemex.com and blemex.ca



**CARSON NOEL PLLC**
20 Sixth Avenue NE
Issaquah, Washington 98027
Tel. (425) 395-7786 Fax (425) 837-5396

have caused, and continues to cause, Zanqara to sustain monetary losses, and other damages and injury, in an amount to be determined at the time of trial.

85. Zanqara is entitled to recover Defendant's profits and any damages sustained by Zanqara associated with Defendant's registration, renewal, and use of the blemex.com and blemex.ca domain names.

86. Zanqara is entitled to a full accounting in respect to all gains, profits and advantages derived by Defendant as a result of Defendant's improper cybersquatting, including Defendant's registration, renewal, and use of the blemex.com domain name and the blemex.ca domain name.

87. Defendant's actions have caused and, unless enjoined by this Court, will continue to cause irreparable harm to Zanqara for which Zanqara has no adequate remedy at law.

88. Zanqara is entitled to a presumption of irreparable harm pursuant to 15 U.S.C. § 1116(a) in connection with the injunctive relief sought herein.

89. Zanqara is entitled to an Order requiring Defendant to transfer the blemex.com domain name and the blemex.ca domain name to Zanqara.

90. Zanqara is entitled to an assessment of statutory damages up to $100,000 against Defendant per domain name pursuant to 15 U.S.C. § 1117.

91. Zanqara is entitled to an assessment of attorneys' fees and costs against Defendant.

## <u>THIRD CLAIM FOR RELIEF</u>

(CANCELLATION OF TRADEMARK REGISTRATION, 35 U.S.C. § 1119)

92. Zanqara incorporates and realleges herein the allegations contained in paragraphs 1-55 of this Complaint, as if the same were fully set forth herein.

93. On information and belief, Franco does not sell or offer for sale the goods identified in the Infringing Registration, namely "Silicone gel sheeting for the treatment of scars".



**CARSON NOEL PLLC**
20 Sixth Avenue NE
Issaquah, Washington 98027
Tel. (425) 395-7786 Fax (425) 837-5396

94. On information and belief, Franco has abandoned the mark BLEMEX in connection with the goods identified in the Infringing Registration, namely "Silicone gel sheeting for the treatment of scars".

95. Zanqara's first use of its trademark BLEMEX in connection with skin and beauty care products is prior to and senior to Defendant's first use of the mark BLEMEX and prior and senior to the filing date of the trademark application from which the Infringing Registration issued.

96. Defendant's registration of the mark BLEMEX creates a likelihood of confusion and otherwise injures Plaintiff because it conflicts with Plaintiff's U.S. trademark application to register Plaintiff's BLEMEX trademark and inhibits Plaintiff from registering its trademark rights associated with the BLEMEX trademark.

97. Plaintiff Zanqara is entitled to cancellation of Defendant's U.S. Trademark Registration No. 5675986 for the mark BLEMEX.

**FOURTH CLAIM FOR RELIEF**

(COMMON LAW TRADEMARK INFRINGMENT)

98. Zanqara incorporates and realleges herein the allegations contained in paragraphs 1-55 of this Complaint, as if the same were fully set forth herein.

99. Zanqara adopted and first used its BLEMEX mark over thirty-five (35) years ago as a means to establish good will and reputation and to distinguish Zanqara skin and beauty products from the skin and beauty products of others, and to act as a source identifier.

100. Through the association of Zanqara's trademark with its skin and beauty products, the BLEMEX mark have come to be recognized as a source identifier of the products and services offered and sold by Zanqara, including in Washington.

101. The BLEMEX mark is distinctive.



**CARSON NOEL PLLC**
20 Sixth Avenue NE
Issaquah, Washington 98027
Tel. (425) 395-7786 Fax (425) 837-5396

102. Defendant Franco's BLEMEX mark and blemex.com and blemex.ca domain names are confusingly similar to Plaintiff Zanqara's BLEMEX mark.

103. Plaintiff's first use of and trademark rights in its BLEMEX mark predate and are senior to Defendant's first use of the BLEMEX mark, including in Washington. As a consequence of Defendant's infringing conduct, including its use of the BLEMEX mark and blemex.com and blemex.ca domain names, there is a likelihood of customer confusion as to the source of or as to the sponsorship of the services and products offered by Defendant.

104. Franco's wrongful conduct alleged herein constitutes common law trademark infringement.

105. Franco has been unjustly enriched by its infringing conduct.

106. Plaintiff Zanqara's goodwill and reputation is likely to be harmed by Defendant's use of the BLEMEX mark and the blemex.com and blemex.ca domain names and websites.

107. As a direct and proximate result of Defendant's conduct, Zanqara is likely to be and will be substantially injured in its business including harm to its goodwill and reputation and the significant loss of revenues and profits.

108. Plaintiff Zanqara will be irreparably harmed by Defendant's use of the BLEMEX mark and the blemex.com and blemex.ca domain names and websites.

109. Plaintiff Zanqara is entitled to preliminary and permanent injunctive relief against Defendant's use of the BLEMEX mark and the blemex.com and blemex.ca domain names and websites.

110. Zanqara is entitled to recover Defendant's profits associated with Defendant's unfair competition and any damages sustained by Plaintiff thereby.



**CARSON NOEL PLLC**
20 Sixth Avenue NE
Issaquah, Washington 98027
Tel. (425) 395-7786 Fax (425) 837-5396

**<u>FIFTH CLAIM FOR RELIEF</u>**

(COMMON LAW UNFAIR COMPETITION)

111. Zanqara incorporates and realleges herein the allegations contained in paragraphs 1-53 of this Complaint, as if the same were fully set forth herein.

112. Zanqara and Franco are competitors and compete for a common pool of customers.

113. Zanqara has been using its BLEMEX mark for many years in connection the offer and sale of skin and beauty care products throughout the United States, including in the State of Washington.

114. Franco has been unfairly competing with Zanqara by using the BLEMEX mark and the blemex.com and blemex.ca domain names and websites in connection with the advertising and sale of skin and beauty care products, including in the State of Washington.

115. Zanqara's first use of it BLEMEX mark in connection the sale of skin and beauty products predates Defendant's first use of the BLEMEX mark and the blemex.com and blemex.ca domain names and websites, including in the State of Washington.

116. Defendant's use of the BLEMEX mark and the blemex.com and blemex.ca domain names and websites in connection with the marketing, advertising, and sale of skin and beauty products is deceptive, creates a likelihood of consumer confusion with Zanqara and its products and services, and is likely to deceive consumers regarding the source and origin of the products and services.

117. Defendant's conduct alleged herein constitutes unfair competition under the common law.

118. Defendant has been unjustly enriched by its unfair competition.

119. Zanqara's goodwill and reputation is likely to be harmed by Defendant's use of the



**CARSON NOEL PLLC**
20 Sixth Avenue NE
Issaquah, Washington 98027
Tel. (425) 395-7786 Fax (425) 837-5396

BLEMEX mark and the blemex.com and blemex.ca domain names and websites.

120. Plaintiff Zanqara will be irreparably harmed by Defendant's use of the BLEMEX mark and the blemex.com and blemex.ca domain names and websites, because of the resulting confusion among consumers and because it is likely to cause a reduction in the distinctiveness of Zanqara's trademarks, will tarnish the goodwill associated with Zanqara's trademarks, and is dilutive of the BLEMEX mark.

121. Zanqara is entitled to preliminary and permanent injunctive relief against Defendant's use of the BLEMEX mark and the blemex.com and blemex.ca domain names and websites.

122. Zanqara is entitled to recover Defendant's profits associated with Defendant's unfair competition and any damages sustained by Zanqara thereby.

## PRAYER FOR RELIEF

**WHEREFORE,** Plaintiff, Zanqara, Inc. prays for judgment and relief against Defendant, Franco as follows:

A. Judgment in favor of Plaintiff finding that Defendant is liable on each of the Claims for Relief;

B. Judgment in favor of Plaintiff cancelling Defendant's BLEMEX, U.S. Trademark Registration No. 5675986;

C. For preliminary and permanent injunctive relief enjoining Defendant Franco and his respective agents, representatives, servants, employees, successors, assigns, affiliates, and all persons or entities in active concert with Defendant, from using the BLEMEX mark or any other marks confusingly similar to Plaintiff's BLEMEX trademark;

D. For temporary and permanent injunctive relief enjoining Defendant and its respective agents, representatives, servants, employees, successors, assigns, affiliates, and all



**CARSON NOEL PLLC**
20 Sixth Avenue NE
Issaquah, Washington 98027
Tel. (425) 395-7786 Fax (425) 837-5396

persons or entities in active concert or participation with Defendant, from using the blemex.com and blemex.ca domain names or any other domain names including any terms confusingly similar to Plaintiff's BLEMEX trademark;

E. An order directing Defendant and its respective officers, shareholders, principals, agents, representatives, servants, employees, successors, assigns, affiliates, and all persons or entities in active concert or participation with Defendant, to transfer and/or case to be transferred to Plaintiff the blemex.com and blemex.ca domain names and any other domain names including the term "blemex" or having any terms confusingly similar to Plaintiff's BLEMEX trademark;

F. An order awarding Plaintiff damages for actual loss caused by Defendant's infringement and/or wrongful conduct alleged herein, Defendant's profits for the unjust enrichment caused or arising from infringement and/or wrongful conduct alleged herein, and exemplary damages for willful and malicious infringement and/or other wrongful conduct alleged herein, pursuant to applicable federal, state, and or common law;

G. An order directing Defendant to prepare an accounting of all proceeds generated by Defendant through Defendant's wrongful conduct alleged herein including wrongful use of the BLEMEX mark and blemex.com and blemex.ca domain names;

H. An order imposing a constructive trust in favor of Plaintiff on all proceeds generated by Defendant through Defendant's wrongful conduct alleged herein including wrongful use of the BLEMEX mark and blemex.com and blemex.ca domain names;

I. An order directing Defendant to file with this Court and serve on Plaintiff within thirty (30) days after service on Defendant of the injunction granted herein, or such extended period as the Court may direct, a report in writing, under oath, setting forth in detail the manner and form in which Defendant has complied with the injunction and order of the Court;



**CARSON NOEL PLLC**
20 Sixth Avenue NE
Issaquah, Washington 98027
Tel. (425) 395-7786 Fax (425) 837-5396

J. An order awarding plaintiff its reasonable attorney fees;

K. An order awarding Plaintiff its costs and expenses in this action;

L. An order awarding Plaintiff pre-judgment and post-judgment interest on all damages;

M. An order awarding Plaintiff such other relief as has been alleged or requested in this Complaint; and

N. An order awarding Plaintiff such further relief as the Court may deem just or equitable.

## JURY DEMAND

Plaintiff Zanqara demands a trial by jury on all triable issues.



**CARSON NOEL PLLC**
20 Sixth Avenue NE
Issaquah, Washington 98027
Tel. (425) 395-7786 Fax (425) 837-5396

Dated: February 18, 2026

By: /s/ *Wright A. Noel*
Wright A. Noel

Wright A. Noel
wright@carsonnoel.com
CARSON NOEL PLLC
20 Sixth Avenue NE
Issaquah, WA 98027
Tel: 425.837.4717
Fax: 425.837.5396

Bruce R. Needham, *Pro Hac Vice Forthcoming*
KUNZLER NEEDHAM & HILTON
50 W. Broadway, Suite 900
Salt Lake City, UT 84101
Tel: 801-994-4646
Fax: 801-531-1929

*Attorneys for Plaintiff* Zanqara, Inc.